UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET NALLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>ELIZABETH D. LAPORTE, et al.,<br><br>    Defendants. | Case No. 21-cv-06180-TSH<br><br>**ORDER TO SHOW CAUSE** |

On August 12, 2021, the Court screened Plaintiff Margaret Nalley's complaint pursuant to 28 U.S.C. § 1915(a), finding it fails to state a claim on which relief may be granted. ECF No. 7. The Court directed Nalley to file a first amended complaint that addresses the deficiencies identified in the screening order by September 10, 2021 and warned that it would recommend dismissal of this case without prejudice if she did not file an amended complaint. No response has been received.

Accordingly, the Court **ORDERS** Nalley to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Nalley shall file a declaration by September 30, 2021. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on October 14, 2021 at 10:00 a.m. by Zoom video conference. The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

Notice is hereby provided that failure to file a written response will be deemed an admission that Nalley does not intend to prosecute, and the case may be dismissed without prejudice. Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: September 15, 2021

_____
THOMAS S. HIXSON
United States Magistrate Judge