UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARGARET NALLEY, | |
|---|---|
| Plaintiff, | Case No. 21-cv-06180-VC |
| v. | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| ELIZABETH D. LAPORTE, et al., | |
| Defendant. | Re: Dkt. No. 9 |

The Court has reviewed Judge Thomas S. Hixson's Report and Recommendation and notes there are no objections to the Report. The Court adopts the Report in every respect. Accordingly, the case is dismissed without prejudice pursuant to Rule 41(b).

**IT IS SO ORDERED.**

Dated: October 27, 2021

_____
VINCE CHHABRIA
United States District Judge